IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-02265-RBJ-BNB

RUBY SCHELLER,

    Plaintiff,

v.

SE INVESTMENTS, a Wyoming partnership,
SE INCORPORATED, a Wyoming corporation, and
MARK SORENSON, an individual,

    Defendants,

and

SE INVESTMENTS, a Wyoming partnership and
SE INCORPORATED, a Wyoming corporation,

    Third-Party Plaintiffs,

v.

VARRA BROS., LLC.

    Third-Party Defendant.

---

MINUTE ORDER REGARDING DOCKET #44

---

Entered by Judge R. Brooke Jackson

    It is hereby ORDERED that the Stipulation for Dismissal with Prejudice [Docket #44] is GRANTED regarding all claims asserted or which could have been asserted in the above-referenced matter. Each party shall bear his, her or its own attorney's fees and costs.

    DATED this 11th day of January, 2012.